TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. Pending)
AGUSTIN D. OROZCO (Cal. Bar No. 271852)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3519/2216
     Facsimile: (213) 894-0141
     E-mail:    jamari.buxton@usdoj.gov
                agustin.d.orozco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-305-JAK |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT SILVA SEVLIAN OHANIAN PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| SILVA SEVLIAN OHANIAN, aka "Silva Sevlian," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys J. Jamari Buxton and Agustin D. Orozco, hereby moves pursuant to Rule 48(a) of the

//
//
//
//
//

Federal Rules of Criminal Procedure to dismiss the Indictment with respect to defendant Silva Sevlian Ohanian without prejudice in the above-captioned matter.

Dated: August 29, 2021					Respectfully submitted,

							TRACY L. WILKISON
							Acting United States Attorney

							SCOTT M. GARRINGER
							Assistant United States Attorney
							Chief, Criminal Division


							     /s/
							_____
							J. JAMARI BUXTON
							AGUSTIN D. OROZCO
							Assistant United States Attorneys

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA