CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SILVA SEVLIAN OHANIAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SILVA SEVLIAN OHANIAN, <br><br> Defendant. | Case No. 19-CR-00305-JAK <br><br> **UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER EXONERATING BOND** |

Defendant Silva Sevlian Ohanian, by and through her attorneys of record, Deputy Federal Public Defenders Julia Deixler and Georgina Wakefield, hereby applies to this Honorable Court *ex parte* for an Order to exonerate the bond in this case. This application is based on the attached declaration of counsel. The government has no objection to the application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: August 31, 2021      By  */s/ Julia Deixler*
                              JULIA DEIXLER
                              Deputy Federal Public Defender

# **DECLARATION OF JULIA DEIXLER**

I, Julia Deixler, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California, and I have been appointed to represent Silva Sevlian Ohanian in the above-entitled action.

2. Ms. Sevlian appeared for her initial appearance in this case on April 18, 2019, and was released on bond. Dkt. Nos. 9, 15.

3. On August 30, 2021, this Court dismissed the Indictment without prejudice as to Ms. Sevlian. Dkt. No. 158.

4. Because the case against her has been dismissed, Ms. Sevlian respectfully requests that the Court issue an order exonerating the bond.

5. On August 31, 2021, Assistant United States Attorney Agustin Orozco informed me that the government does not oppose this request.

I declare under penalty and perjury that the foregoing is true and correct.

DATED: August 31, 2021          */s/ Julia Deixler*
                                JULIA DEIXLER